**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISON**

**NEWTON JOSEPH, individually**
**and on behalf of all others**
**similarly situated,**

      **Plaintiff,**

**v.**                                                                 **CASE NO.: 0:20-cv-61239-RKA**

**COMCAST CABLE COMMUNICATIONS**
**MANAGEMENT, LLC.,**

      **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby

files this voluntary notice of dismissal with prejudice.

Dated this 19th day of August, 2020.

Respectfully submitted,

/s/Brandon J. Hill
**LUIS A. CABASSA, ESQ.**
Florida Bar Number: 053643
Direct No.: 813-379-2565
**BRANDON J. HILL, ESQ.**
Florida Bar Number: 37061
Direct No.: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: gnichols@wfclaw.com

and

**CHAD A. JUSTICE**
Florida Bar Number: 121559
**JUSTICE FOR JUSTICE LLC**
1205 N. Franklin Street, Suite 326
Tampa, Florida 33602
Direct No. 813-566-0550
Facsimile: 813-566-0770
E-mail: chad@getjusticeforjustice.com

**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 19th day of August, 2020, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send the notice of electronic filing to all counsel of record.

/s/Brandon J. Hill
**BRANDON J.  HILL**