UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61239-CIV-ALTMAN/Hunt

**NEWTON JOSEPH**, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice ("Notice") [ECF No. 7]. The Plaintiff seeks a voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41. As a result, the Notice is self-executing. Accordingly, the Court hereby

**ORDERS** that the above-styled case be **DISMISSED with prejudice**. The case shall remain **CLOSED**. Any pending motions are **DENIED as moot**, and any scheduled hearings or deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, ~~this 20th day~~ of August 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record